KOOKSEY v. UNITED STATES. (Circuit Court of Appeals, Eighth Circuit. May 2, 1899.) No. 1,265. In Error to the District Court of the United States for the Western District of Arkansas. James K. Barnes, for the United States. Docketed and dismissed, without costs to either party, pursuant to the sixteenth rule.

KUNSEMILLER v. UNITED STATES. (Circuit Court of Appeals, Eighth Circuit. May 2, 1899.) No. 1,080. In Error to the District Court of the United States for the District of Colorado. Charles Hartzell and George P. Steele, for plaintiff in error. Greeley W. Whitford, for the United States. Dismissed, without costs to either party, pursuant to the twenty-third rule, for failure to print the record.

LAWTON v. UNITED STATES. (Circuit Court of Appeals, Eighth Circuit. May 1, 1899.) No. 1,067. In Error to the District Court of the United States for the District of Minnesota. S. L. Pierce, for plaintiff in error. Robert G. Evans, for the United States. Dismissed, without costs to either party, on motion of defendant in error, pursuant to the twenty-third rule, for failure to print the record.

McCAFFERTY et al. v. CELLULOID CO. (Circuit Court of Appeals, Second Circuit. May 19, 1898.) Appeal from the Circuit Court of the United States for the Eastern District of New York. John R. Bennett, for appellants. Betts, Hyde & Betts, for appellee. Motion to dismiss denied.

MACKIE v. BRICKYARD GOLD-MIN. CO. et al. (Circuit Court of Appeals, Eighth Circuit. October 30, 1899.) No. 1,190. Appeal from the Circuit Court of the United States for the District of Utah. A. T. Schroeder, for appellant. Henry Rives and James M. Denny, for appellees. Dismissed per stipulation of the parties.

Ex parte MARTIN. (Circuit Court of Appeals, Eighth Circuit. May 24, 1899.) No. 1,211. Appeal from the United States Court of Appeals of the Indian Territory. Yancey Lewis, C. B. Stuart, W. T. Hutchings, J. H. Gordon, and P. C. West, for appellant. P. L. Soper, for appellee. Dismissed, with costs, for want of jurisdiction.

MICHAELIS et al. v. LARKIN et al. (Circuit Court of Appeals, Eighth Circuit. May 1, 1899.) No. 1,247. Appeal from the Circuit Court of the United States for the Eastern District of Missouri. O'Neill Ryan, for appellants. Dismissed, with costs. See (C. C.) 91 Fed. 778.

MICHIGAN SAVINGS & LOAN ASS'N v. LOEB et al. (Circuit Court of Appeals, Fifth Circuit. November 20, 1899.) No. 855. Appeal from the Circuit Court of the United States for the Northern District of Texas. Emmett Chambers and C. W. Starling, for appellant. D. A. Eldridge and S. W. Marshall for appellee. Dismissed on stipulation of counsel.